# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) <br> ) Case No. 25-cr-65-SE-AJ-01 |
| **JONATHAN BALAMOTIS** | ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) <br> ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### [18 U.S.C. §§ 922(g)(1)]
### [Possession of a Firearm by a Prohibited Person]

On or about June 25, 2025, in the District of New Hampshire, the defendant,

**JONATHAN BALAMOTIS**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearms in and affecting interstate and foreign commerce: (1) a Glock, Model 19, 9mm caliber pistol, bearing serial number CCPT269; and (2) a Zastava, model PAP M70, 762 caliber rifle, bearing serial number Z70-171140.

In violation of Title 18, United States Code, Section 922(g)(1).

*United States v. Jonathan Balamotis*
Indictment

                                        A TRUE BILL

Date:   August 6, 2025                  /s/ Foreperson
                                        Foreperson

                                          JAY MCCORMACK
                                          Acting United States Attorney
                                          District of New Hampshire


                          By:    /s/ Christopher Marin
                                          Christopher Marin
                                          Special Assistant United States Attorney